**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | No. 3:06-CR-32 |
| ) | **(Phillips)** |
| **SEBASTIEN FLOCARI** ) | |

<u>**ORDER AMENDING JUDGMENT**</u>

On July 19, 2006, the defendant was sentenced to 70 months of imprisonment followed by four years of supervised release for violation of 21 U.S.C. §§ 846 and 841(a)(1) and 8 U.S.C. § 1325(a). The court recommended that the defendant serve his sentence in Canada. As a condition of supervised release, the court ordered the term of supervised release tolled for the period that defendant remained outside the United States for a period not to exceed ten years.

Pursuant to the Sixth Circuit's recent decision in *United States v. Ossa-Gallegos*, 491 F.3d 537 (6th Cir. 2007) holding that tolling is not a contingency of supervised release under 18 U.S.C. § 3583(d) and that district courts may not toll the period of supervised release while a defendant is absent from the United States, the court hereby **AMENDS** the judgment in this case to **RESCIND** the tolling provision as a special condition of supervised release. All other provisions of the judgment shall remain as previously ordered by the court.

**IT IS SO ORDERED.**

**ENTER:**

   s/ Thomas W. Phillips
United States District Judge